■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY RICHARDS, Appellant, v JACK CZARNETSKY, as Superintendent of Eastern New York Correctional Facility, Respondent.—Motion for permission to appeal to this court denied, as unnecessary, without costs. The judgment dated March 10, 1977, denying appellant's application for writ of habeas corpus, is appealable as of right (CPLR 7011). Koreman, P. J., Greenblott, Main, Larkin and Mikoll, JJ., concur.